## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4621                    Assigned/Issued By: j. n.

Judge Name: castillo                     Designated Magistrate Judge: ashman

---

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other ____
              [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                       Receipt #: 4624007368

Date Payment Rec'd: 8-14-08            Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*
[ ] Writ _____                  [ ] Other _____
     *(Type of Writ)*                        *(Type of issuance)*

2  Original and  2  copies on  8-14-08   as to  u.s attny; attny general
                             *(Date)*